**STATE of Missouri, Respondent,**

v.

**Kahleem BROOKINS, Appellant.**

No. 71630.

Missouri Court of Appeals,
Eastern District,
Division Three.

Feb. 24, 1998.

James C. Cox, Asst. Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Angel Woodruff, Asst. Atty. Gen., Jefferson City, for respondent.

Before AHRENS, P.J., and CRANDALL and KAROHL, JJ.

**ORDER**

PER CURIAM.

Defendant, Kahleem Brookins, appeals from the judgment entered after his jury conviction for seven counts of first degree assault and seven counts of armed criminal action. The jury recommended a sentence of ten years on each assault conviction and three years on each armed criminal action conviction. The trial court ordered all the sentences to be served consecutively. We